**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Denise Karen Henderson fka Denise Redman | CHAPTER 13 |
| Debtor(s) | BKY. NO. 25-14017 DJB |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of PENNSYLVANIA HOUSING FINANCE AGENCY and index same on the master mailing list.

                                  Respectfully submitted,

/s/ *Matthew Fissel*
Matthew Fissel
11 Nov 2025, 10:01:22, EST

        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322