WILLIG, WILLIAMS & DAVIDSON
**BY: ASHLEY M. SULLIVAN**　　　　　　　　Attorney for Debtor
Identification No. 320704
1845 Walnut Street, 24th Floor
Philadelphia, PA  19103
(215) 656-3654

_____

### UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| DENISE KAREN HENDERSON | : | Chapter 13 |
| Debtor | : | |
| | : | Bankruptcy No.  25-14017-djb |
| | : | |
| | | **Hearing: 11/20/2025** |
| | | **11:00 AM** |
| | | **Bankruptcy Court** |
| | | **Courtroom 2** |
| | | **900 Market Street** |
| | | **Philadelphia, PA 19107** |

### CERTIFICATION OF NO OBJECTION
### TO DEBTOR'S MOTION TO IMPOSE AUTOMATIC STAY

　　　　　The Debtor, by and through undersigned counsel, hereby submit this certification that there has been no Objection to the pending Motion to Impose the Automatic Stay pursuant to 11 U.S.C. § 362.  In support of this Certification, counsel states the following:

　　　　　1.　　　The Motion to Impose Automatic Stay was filed October 28, 2025.

　　　　　2.　　　The Motion was accompanied by the form Notice Of Motion, Response Deadline And Hearing Date setting the Deadline for response as November 11, 2025 and the Hearing Date for November 20, 2025.

    3.  The Motion and Notice were served on the Ch. 13 Trustee and counsel for creditor, U.S. Bank N.A. Trustee for PHFA.

    4.  The Trustee's Office has advised counsel that they have No Objection to the Motion and proposed Order.

    5.  There has been no other Response to the Motion.

              Respectfully submitted,

11/17/2025            /s/ Ashley M. Sullivan
                ASHLEY M. SULLIVAN, ESQUIRE
                Counsel for the Debtor