# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| DENISE KAREN HENDERSON | : | Chapter 13 |
| Debtor | : | |
| | : | Bankruptcy No. 25-14017-djb |
| | : | |

## ORDER

AND NOW, this _____ day of _____, 2025, upon consideration of the Debtors' Motion To Extend The Automatic Stay it is hereby:

ORDERED that said Motion is GRANTED and the protection of the Automatic Stay provisions of 11 U.S.C. sec. 362 are extended for the protection of the Debtor and the Debtor's assets for the duration of the pending case as to all creditors served with the Motion.

_____
DEREK J. BAKER
U.S. BANKRUPTCY JUDGE

**Date: November 21, 2025**