L.B.F. 9014-4

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In re:** | : | Chapter 13 |
| | : | |
| **Denise Karen Henderson** | : | Bky. No. 25-14017-djb |

\* \* \* \* \* \* \*

### CERTIFICATION OF SERVICE

I, ASHLEY M. SULLIVAN, certify that on December 16, 2025, I did cause a true and correct copy of the documents described below to be served on the parties listed on the mailing list exhibit, a copy of which is attached and incorporated as if fully set forth herein, by the means indicated and to all parties registered with the Clerk to receive electronic notice via the CM/ECF system:

- Debtor's Chapter 13 Original Plan

I certify under penalty of perjury that the above document(s) was sent using the mode of service indicated.

Date: 12/16/2025

/s/ Ashley M. Sullivan
Ashley M. Sullivan, ID NO. 320704
WILLIG, WILIAMS & DAVIDSON
1845 Walnut Street, 24th Fl
Philadelphia, PA 19103
Phone/E-Fax: (215) 656-3654
Email: asullivan@wwdlaw.com

Mailing List Exhibit: (Check all that apply. If via e-mail, include e-mail address. Continue to the next page if necessary.)

Office of the United States Trustee

900 Market Street, Suite 320

Philadelphia, PA 19107

Via:  **x**  CM/ECF        1st Class Mail        Certified Mail        e-mail:
        Other:

Mailing List Exhibit: (Check all that apply. If no e-mail, indicate no e-mail address. Continue to the next page if necessary.)

Kenneth E. West, Chapter 13 Trustee
190 N. Independence Mall West, Suite 701
Philadelphia, PA 19107
Trustee
Via: x    CM/ECF        1st Class Mail        Certified Mail        e-mail:
         Other:

US Bank N.A. Trustee for PA Housing Finance
211 North Front Street
Harrisburg, PA 17101
Respondent/Creditor
Via: x    CM/ECF 1st Class Mail        Certified Mail        e-mail:
         Other:

Brian F. Pincus, Esq.
Kanter Bernstein, Kardon
1617 John F. Kennedy Blvd
Philadelphia, PA 19103
Via: x    CM/ECF        1st Class Mail        Certified Mail        e-mail:
         Other:

Department of Education/ AIDVANTAGE
1600 Tyson Boulevard
PO Box 300001
Greenville, TX 75403
Via: x CM/ECF        1st Class Mail        Certified Mail        e-mail:
         Other:

Fingerhut
6250 Ridgewood Road
Saint Cloud, MN 56303
Via:      CM/ECF        1st Class Mail        Certified Mail        e-mail:
         Other:

First Investors Financial
380 Interstate North Parkway
Atlanta, GA 30339
Via: x    CM/ECF        x1st Class Mail        Certified Mail        e-mail:
         Other:

Mailing List Exhibit: (Check all that apply. If it e-mail, include the e-mail address. Continue to the next page if necessary.)

First Premier Bank
16011 College Boulevard, Suite 130
Lenexa, KS 66219
Via: x    CM/ECF x    1st Class Mail    Certified Mail    e-mail:
         Other:
Via:     CM/ECF      1st Class Mail    Certified Mail    e-mail:
         Other:

Midland Credit Management
320 Big Beaver Road
Suite 300
Troy, MI 48083
Via:    x CM/ECF x    1st Class Mail    Certified Mail    e-mail:
        Other:

Mission Lane Tab Bank
PO Box 105286
Atlanta, GA 30304
Via: x    CM/ECF  x    1st Class Mail    Certified Mail    e-mail:
         Other:

PORTFOLIO RECOVERY ASS
120 CORPORATE BLVD
SUITE 1
Norfolk, VA 23502
Via: x    CM/ECF  x    1st Class Mail    Certified Mail    e-mail:
         Other:

Wells Fargo
PO Box 71092
Charlotte, NC 28272
Via:  x    CM/ECF  x    1st Class Mail    Certified Mail    e-mail:
          Other: