**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Denise Karen Henderson | : | |
| Debtor(s) | : | Bankruptcy No. 25-14017-djb |

**PRE-CONFIRMATION CERTIFICATION**
**OF COMPLIANCE WITH POST-PETITION OBLIGATIONS IN**
**ACCORDANCE WITH 11 U.S.C. SECTIONS 1325(0(6), 1325(2)(8) AND (a)(9)**

I hereby certify as follows in connection with the confirmation hearing in the above case:

1. The above-named debtor(s) has/have paid all post-petition amounts that are required to be paid under any and all Domestic Support Obligations.

2. The above-named debtor(s) has/have filed all applicable federal, state and local tax returns as required by 11 U.S.C. § 1308.

3. If the confirmation hearing is postponed for any reason, and the information herein changes, I will provide an updated Certification to the chapter 13 trustee prior to any subsequent confirmation hearing.

**[to be executed by counsel for the Debtor(s) or the Debtor(s)]**

Date:  01/16/2026                                    /s/ Ashley M. Sullivan_____ _
                                                     ASHLEY M. SULLIVAN, ESQ.
                                                     Attorney for Debtor