*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                           )
   Denise Karen Henderson             )          Case No. 25–14017–djb
   fka Denise Redman                 )
                                   )
   Debtor(s).                        )          Chapter: 13
                                     )
                                     )

## <u>ORDER CONFIRMING PLAN UNDER CHAPTER 13</u>

       **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

       **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

       **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

       **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: April 23, 2026                           For The Court

                                              Derek J Baker
                                              Judge, United States Bankruptcy Court