United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                           Case No. 25-14017-djb

Denise Karen Henderson                                                                Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                          User: admin                          Page 1 of 2

Date Rcvd: Apr 23, 2026                   Form ID: 155                       Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 25, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Denise Karen Henderson, 1920 E. Ontario Street, Philadelphia, PA 19134-2006 |
| 15057305 | + | Brian F. Pincus, Esq., Kanter Bernstein, Kardon, 1617 John F. Kennedy Blvd, Philadelphia, PA 19103-1821 |
| 15057309 | + | First Premier Bank, 16011 College Boulevard, Suite 130, Lenexa, KS 66219-9877 |
| 15057314 | + | PHFA Mortgage, 211 N. Front Street, Harrisburg, PA 17101-1466 |
| 15057313 | + | PHFA Mortgage, 211 N. Front Street, PO Box 15057, Harrisburg, PA 17105-5057 |
| 15071717 | + | Pennsylvania Housing Finance Agency, KML Law Group, P.C., c/o Matthew Fissel, Esq., 701 Market Street, Suite 5000, Philadelphia PA 19106-1541 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 15090775 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Apr 24 2026 02:29:00 | Aidvantage on behalf of, Dept of Ed Loan Services, PO BOX 300001, Greenville TX 75403-3001 |
| 15059923 | | Email/PDF: resurgentbknotifications@resurgent.com | Apr 24 2026 02:28:57 | CACH, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15118672 | | Email/Text: megan.harper@phila.gov | Apr 24 2026 02:30:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 191021595 |
| 15057306 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Apr 24 2026 02:29:00 | Department of Education/ AIDVANTAGE, 1600 Tyson Boulevard, PO Box 300001, Greenville, TX 75403-3001 |
| 15063695 | + | Email/Text: peritus@ebn.phinsolutions.com | Apr 24 2026 02:30:00 | FIRST INVESTORS SERVICING CORPORATION, PO Box 1149, Grapevine, TX 76099-1149 |
| 15057307 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 24 2026 02:28:54 | Fingerhut, 6250 Ridgewood Road, Saint Cloud, MN 56303-0820 |
| 15057308 | + | Email/Text: Bankruptcy.Notices@stellantis-fs.com | Apr 24 2026 02:29:00 | First Investors Financial, 380 Interstate North Parkway, Atlanta, GA 30339-2222 |
| 15057312 | | Email/Text: ml-ebn@missionlane.com | Apr 24 2026 02:29:00 | Mission Lane Tab Bank, PO Box 105286, Atlanta, GA 30304 |
| 15057311 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 24 2026 02:29:00 | Midland Credit Management, 320 E. Big Beaver Road, Suite 300, Troy, MI 48083-1271 |
| 15057310 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 24 2026 02:29:00 | Midland Credit Management, 320 Big Beaver Road, Suite 300, Troy, MI 48083-1271 |
| 15076928 | + | Email/Text: bankruptcydpt@mcmcg.com | Apr 24 2026 02:29:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 15071310 | ^ | MEBN | Apr 24 2026 02:24:23 | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market |

| | | | |
|---|---|---|---|
| | | | Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 15083160 | + Email/Text: blegal@phfa.org | Apr 24 2026 02:29:00 | PHFA, 211 North Front Street, Harrisburg, PA 17101-1466 |
| 15057315 | + Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 24 2026 02:28:55 | PORTFOLIO RECOVERY ASS, 120 CORPORATE BLVD, SUITE 1, Norfolk, VA 23502-4952 |
| 15073392 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Apr 24 2026 02:28:55 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 15062040 | + Email/Text: JCAP_BNC_Notices@jcap.com | Apr 24 2026 02:30:00 | PREMIER BANKCARD, LLC, Jefferson Capital Systems, LLC Assignee, Po Box 7999, St. Cloud, MN 56302-7999 |
| 15057316 | + Email/PDF: ais.Bankruptcynoticesauto@aisinfo.com | Apr 24 2026 02:29:05 | Wells Fargo, PO Box 71092, Charlotte, NC 28272-1092 |
| 15078478 | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Apr 24 2026 02:29:05 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 15071749 | *+ | Pennsylvania Housing Finance Agency, KML Law Group, P.C., c/o Matthew Fissel, Esq., 701 Market Street, Suite 5000, Philadelphia PA 19106-1541 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2026       Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ASHLEY M. SULLIVAN | on behalf of Debtor Denise Karen Henderson asullivan@wwdlaw.com  hbanks@spearwilderman.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com  matthew.fissel@brockandscott.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                    )
   Denise Karen Henderson                      )       Case No. 25−14017−djb
   fka Denise Redman                           )
                             )
   Debtor(s).                                  )       Chapter: 13
                             )
                             )

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

     **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

     **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

     **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

     **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: April 23, 2026                                      For The Court

                                           Derek J Baker
                                           Judge, United States Bankruptcy Court