**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **Chapter 13** |
| | : | |
| **DENISE KAREN HENDERSON** | : | |
| **Debtor:** | | **Bankruptcy No.: 25-14017** |
| | : | |
| | : | **11 U.S.C. Section 362 and 1301** |
| | : | |
| | : | |

# NOTICE OF MOTION

Movant, Thomas Madle, has filed papers with the Court to relief sough in Motion.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to relief sought in Motion, or if you want the Court to consider your views on the Motion, then on or before **Thursday, October 1, 2026, at 11:00 A.M.**, you or your attorney must:

File with the Court a written request for a hearing (or, if the Court requires a written response, an answer explaining your position) at:

Bankruptcy Clerk
900 Market Street, Suite 400
Philadelphia, PA 19107

If you mail your request and/or response to the Court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

You must also send a copy to:

Brian P. Pincus, Esquire
1617 John F. Kennedy Boulevard – Suite 1080
Philadelphia, PA 19103
Attorney for Movant, Thomas Madle

Attend the hearing scheduled to be held on **Monday, October 1, 2026, at 11:00 A.M. Judge Baker offers the option to participate either IN PERSON in Courtroom # 2, 900 Market Street, Philadelphia, PA 19107 OR by VIDEO conference on ZOOMGOV.com with JOIN meeting ID: 161 0657 4791 (unless otherwise directed for specific hearings)**

If you or your attorney does not take these steps, the Court may decide that you do not oppose the relief sought in the Motion and may enter an Order granting that relief.

RESPECTFULLY SUBMITTED BY:

*Brian P. Pincus*

Brian P. Pincus, Esquire
1617 John F. Kennedy Boulevard
Suite 1080
Philadelphia, PA 19103
(215) 568-5885
Attorney for Movant, Thomas Madle

Dated: August 19, 2026

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **Chapter 13** |
| | : | |
| **DENISE KAREN HENDERSON** | : | |
| **Debtor:** | | **Bankruptcy No.: 25-14017** |
| | : | |
| | : | **11 U.S.C. Section 362 and 1301** |
| | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, Brian P. Pincus, Esquire., certify that I am not less than 18 years of age and that service of this Notice of Motion Hearing was made on the following via U.S. Mail, postage pre-paid on August 19, 2026.

Ashley M. Sullivan, Esquire
**WILLIG WILLIAMS & DAVIDSON**
1845 Walnut Street
24th Floor
Philadelphia, POA 19103
(215) 656-3600

Thomas Madle
1922 E. Ontario Street
Philadelphia, PA 19134

Denise Karen Henderson
1920 E. Ontario Street
Philadelphia, PA 19134

Roniqua Archer
LAW OFFICES OF RICHARD STEIGER
3 Parkway – Suite 1210
1601 Cherry Street
Philadelphia, PA 19102
(215) 557-5663

Fredrick J. Baker
Region 3 Trustee
Office of the US Trustee
Nix Federal Building
900 Market Street, Room 229
Philadelphia, PA 19107

Kenneth E. West
190 N. Independence Mall W.
Suite 701
Philadelphia, PA 19106

Under Penalty of Perjury, I declare that the foregoing is true and correct.

Dated: August 19, 2026

/s/ Brian P. Pincus

BRIAN P. PINCUS, ESQUIRE

-