**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **Chapter 13** |
| | : | |
| **DENISE KAREN HENDERSON** | : | |
| **Debtor:** | | **Bankruptcy No.: 25-14017** |
| | : | |
| | : | **11 U.S.C. Section 362 and 1301** |
| | : | |
| | : | |

**CERTIFICATION OF NO OBJECTION REGARDING MOTION FOR RELIEF FROM THE PROVISIONS OF THE AUTOMATIC STAY TO PROCEED WITH LITIGATION IN THE PHILADELPHIA COURT OF COMMON PLEAS**

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Motion filed on August 19, 2026, has been received. Debtor's counsel is not objecting to the relief sought. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served

It is hereby respectfully requested that the Order attached to the Motion of Thomas Madle for Relief from the Provisions of the Automatic Stay to Proceed with Litigation in the Philadelphia Court of Common Pleas be entered by the Court.

*Brian P. Pincus*

Brian P. Pincus, Esquire
1617 John F. Kennedy Boulevard
Suite 1080
Philadelphia, PA 19103
(215) 568-5885
Attorney for Movant, Thomas Madle
PA Bar Id.: 34746

Dated: September 29, 2026