**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE:** : | **Chapter 13** |
| : | |
| **DENISE KAREN HENDERSON** : | |
| **Debtor:** | **Bankruptcy No.: 25-14017** |
| : | |
| : | **11 U.S.C. Section 362 and 1301** |
| : | |
| : | |

**ORDER**

**AND NOW** this ________________ day of September 2026 on the Motion of Thomas Madle for Relief from the Provisions of the Automatic Stay it is hereby ORDERED that:

1. Movant shall be permitted to request Court of Common Pleas of Philadelphia County to remove matter from deferred status for the pending negligence claim only.

2. Movant shall be limited in his recovery to an amount equal to or less than the policy limits of insurance with Allstate Insurance Company maintained by the Debtor.

**Date: September 30, 2026**

BY THE COURT

______________________________
J.

cc: See attached service list.

**SERVICE LIST:**

Ashley M. Sullivan, Esquire
WILLIG WILLIAMS & DAVIDSON
1845 Walnut Street
24th Floor
Philadelphia, POA 19103
(215) 656-3600

Denise Karen Henderson
1920 E. Ontario Street
Philadelphia, PA 19134

Fredrick J. Baker
Region 3 Trustee
Office of the US Trustee
Nix Federal Building
900 Market Street, Room 229
Philadelphia, PA 19106

Thomas Madle
1922 E. Ontario Street
Philadelphia, PA 19134

Roniqua Archer
LAW OFFICES OF RICHARD STEIGER
3 Parkway – Suite 1210
1601 Cherry Street
Philadelphia, PA 19102
(215) 557-5664

Kenneth E. West
190 N. Independence Mall W.
Suite 701
Philadelphia, PA 19106