United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 25-14017-djb
Denise Karen Henderson Chapter 13
Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Sep 30, 2026 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| **Symbol** | **Definition** |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 02, 2026:**

| **Recip ID** | | **Recipient Name and Address** |
|---|---|---|
| db | + | Denise Karen Henderson, 1920 E. Ontario Street, Philadelphia, PA 19134-2006 |
| NONE | + | Thomas Madle, 1922 E. Ontario Street, Philadelphia, PA 19134-2006 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 30, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| ASHLEY M. SULLIVAN | on behalf of Debtor Denise Karen Henderson asullivan@wwdlaw.com mewing@wwdlaw.com |
| BRIAN P. PINCUS | on behalf of Thomas Madle brian@kbklaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MATTHEW K. FISSEL | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Sep 30, 2026 | Form ID: pdf900 | Total Noticed: 2 |

TOTAL: 5

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **Chapter 13** |
| | : | |
| **DENISE KAREN HENDERSON** | : | |
| **Debtor:** | | **Bankruptcy No.: 25-14017** |
| | : | |
| | : | **11 U.S.C. Section 362 and 1301** |
| | : | |
| | : | |

**ORDER**

**AND NOW** this ________________ day of September 2026 on the Motion of Thomas Madle for Relief from the Provisions of the Automatic Stay it is hereby ORDERED that:

1. Movant shall be permitted to request Court of Common Pleas of Philadelphia County to remove matter from deferred status for the pending negligence claim only.

2. Movant shall be limited in his recovery to an amount equal to or less than the policy limits of insurance with Allstate Insurance Company maintained by the Debtor.

**Date: September 30, 2026**

BY THE COURT

___________________________
J.

cc: See attached service list.

**SERVICE LIST:**

Ashley M. Sullivan, Esquire
WILLIG WILLIAMS & DAVIDSON
1845 Walnut Street
24th Floor
Philadelphia, POA 19103
(215) 656-3600

Denise Karen Henderson
1920 E. Ontario Street
Philadelphia, PA 19134

Fredrick J. Baker
Region 3 Trustee
Office of the US Trustee
Nix Federal Building
900 Market Street, Room 229
Philadelphia, PA 19106

Thomas Madle
1922 E. Ontario Street
Philadelphia, PA 19134

Roniqua Archer
LAW OFFICES OF RICHARD STEIGER
3 Parkway – Suite 1210
1601 Cherry Street
Philadelphia, PA 19102
(215) 557-5664

Kenneth E. West
190 N. Independence Mall W.
Suite 701
Philadelphia, PA 19106